66 A.3d 252

### CITY OF PHILADELPHIA

v.

### PHILADELPHIA TRANSLOAD & LOGISTICS, LLC, f/k/a Southwest Demolition Recovery, LLC, Carmine Franco and Mary Franco.

Appeal of Philadelphia Transload & Logistics, LLC, f/k/a Southwest Demolition Recovery, LLC.

Supreme Court of Pennsylvania.

Argued March 5, 2013.

Decided March 21, 2013.

Bruce William Bellingham, Spector Gadon & Rosen, P.C., Philadelphia, for Philadelphia Transload and Logistics, LLC f/k/a Southwest Demolition Recovery, LLC.

60

Gerald Thomas Clark, Philadelphia Gas Works, Philadelphia, for City of Philadelphia.

John Joseph Hubbert III, Philadelphia, for Mary Franco and Carmine Franco.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this case.